No. 02–8655.  IN RE SCHILLING; and

No. 02–9021.  IN RE MURRAY.  Petitions for writs of mandamus denied.

No. 02–359.  HENRY v. JEFFERSON COUNTY PLANNING COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–953.  FIRST PENN-PACIFIC LIFE INSURANCE CO. v. WILLIAM R. EVANS, CHARTERED, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–960.  WALKER LOUISIANA PROPERTIES ET AL. v. BROUSSARD.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 02–982.  DREILING v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 02–991.  WATKINS v. NORTEL NETWORKS, INC., DBA NORTHERN TELECOM, INC.  C. A. 11th Cir.  Certiorari denied.

No. 02–1049.  TINNER v. UNITED INSURANCE COMPANY OF AMERICA.  C. A. 7th Cir.  Certiorari denied.

No. 02–1067.  NOVA CHEMICALS INC. v. ADAMS ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 02–1081.  CALIFORNIA v. M&P INVESTMENTS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–1092.  ACCRUED FINANCIAL SERVICES, INC. v. PRIME RETAIL, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–1098.  FLATOW v. ISLAMIC REPUBLIC OF IRAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–1100.  IQ PRODUCTS CO. v. PENNZOIL-QUAKER STATE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.